IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01752-KLM

NEOMEDIA TECHNOLOGIES, INC.,

      Plaintiff,

v.

MARRIOTT INT'L, INC.,

      Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Entry of E-Discovery Order** [#20][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**.  Accordingly,

IT IS FURTHER **ORDERED** that the Order Regarding E-Discovery [#20-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated:  October 21, 2014

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.